542

No. 214. FORREST v. JACK, RECEIVER. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. James F. Pierce* for petitioner. *Messrs. George P. Barse, Will P. Hoyt*, and *F. G. Awalt* for respondent.

No. 219. POSNER v. ANDERSON. October 8, 1934. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, granted. *Mr. Emanuel van Dernoot* for petitioner. *Messrs. George L. Buland* and *Charles L. Minor* for respondent.

No. 247. CENTRAL VERMONT TRANSPORTATION Co. v. DURNING, COLLECTOR OF CUSTOMS. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Horace H. Powers* and *J. W. Redmond* for petitioner. *Solicitor General Biggs* for respondent.

No. 249. McCREA v. UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. John M. Scoble* and *K. Courtenay Johnston* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Sweeney* for the United States.

No. 261. TAYLOR v. STERNBERG, TRUSTEE; and
No. 262. DUTY v. SAME. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. W. N. Ivie* for petitioners. *Mr. Clinton R. Barry* for respondent.